NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT F. MALONEY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7013

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2254, Chief Judge Bruce E. Kasold.

---

## ON MOTION

---

## ORDER

Robert F. Maloney moves for an extension of time or to stay proceedings.

We note that Maloney submitted his opening brief on October 30, 2010. Thus, there is nothing else that Maloney is required to submit before his case is assigned to a merits panel.

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

__JAN 2 0 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Robert F. Maloney
     Michael N. O'Connell, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 0 2011

JAN HORBALY
CLERK